DANIEL G. BOGDEN
United States Attorney
JARED L. GRIMMER
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax:  (702) 388-5087

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 2:16-mj-00043-NJK |
| Plaintiff, | |
| vs. | **Stipulation to Continue Preliminary Hearing** |
| ISAAC D. MARQUEZ, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Daniel G. Bogden, United States Attorney, and Jared L. Grimmer, Assistant United States Attorneys, counsel for the United States, and Rachel Korenblat, Assistant Federal Public Defender, counsel for defendant Isaac D. Marquez, that the preliminary hearing date in the above-captioned matter, currently scheduled for February 3, 2016, at 4:00 pm, be vacated and continued for at least thirty days.

This stipulation is entered into for the following reasons:

1. The defendant is in custody, but does not object to the continuance.

2. Denial of this request for continuance could result in a miscarriage of justice.

3. The additional time requested herein is not sought for purposes of delay, but to allow for the case be resolved via a pre-indictment plea.  The parties are currently in plea negotiations and are optimistic that this matter may be resolved prior to trial.

p. 1

4. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

This is the first request by counsel.

DATED this 29th day of January, 2016.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

/s/                                                                   /s/
_____                          _____
RACHEL KORENBLAT                             JARED L. GRIMMER
Assistant Federal Public Defender            Assistant United States Attorney
Counsel for Defendant Larson

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA, )
   ) Case: 2:16-mj-00043-NJK
            Plaintiff, )
   )
   vs. ) **FINDINGS OF FACT AND ORDER**
   )
   )
ISAAC D. MARQUEZ, )
   )
            Defendant. )
_____)

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is in custody, but does not object to the continuance.

2. Denial of this request for continuance could result in a miscarriage of justice.

3. The additional time requested herein is not sought for purposes of delay, but to allow for the case be resolved via a pre-indictment plea.

4. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

5. This is the first request for a continuance of the preliminary hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of

1 the public and the defendant, since the failure to grant said continuance would be likely to result in
2 a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within
3 which to be able to effectively and thoroughly prepare for the preliminary hearing, and possibly
4 resolve the case prior to the preliminary hearing or an indictment, taking into account the exercise
5 of due diligence.

6     The continuance sought herein is allowed, with the defendant's consent, pursuant to
7 Federal Rules of Procedure 5.1(d).

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for February 3, 2016, at the hour of 4:00 pm, be vacated and continued to March 8, 2016, at the hour of 4:00 p.m., in Courtroom 3B.

DATED 29th day of January, 2016.

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE