| | |
|---|---|
| 1 | DANIEL G. BOGDEN |
| | United States Attorney |
| 2 | JARED L. GRIMMER |
| | Assistant United States Attorney |
| 3 | 333 Las Vegas Boulevard South, Suite 5000 |
| | Las Vegas, Nevada 89101 |
| 4 | Phone: (702) 388-6336 |
| | Fax:  (702) 388-5087 |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:16-mj-00043-NJK |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Stipulation to Continue** |
| | ) | **Preliminary Hearing** |
| | ) | |
| ISAAC D. MARQUEZ, | ) | Second Request |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Daniel G. Bogden, United States Attorney, and Jared L. Grimmer, Assistant United States Attorneys, counsel for the United States, and Rachel Korenblat, Assistant Federal Public Defender, counsel for defendant Isaac D. Marquez, that the preliminary hearing date in the above-captioned matter, currently scheduled for March 8, 2016, at 4:00 pm, be vacated and continued for at least thirty days.

This stipulation is entered into for the following reasons:

1. The defendant is in custody, but does not object to the continuance.
2. Denial of this request for continuance could result in a miscarriage of justice.

1

3. The additional time requested herein is not sought for purposes of delay, but to allow for the case be resolved via a pre-indictment plea. The parties are currently in plea negotiations and are optimistic that this matter may be resolved prior to trial.

4. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

This is the second request by counsel.

DATED this 1st day of March, 2016.

Respectfully submitted,<br>
DANIEL G. BOGDEN<br>
United States Attorney

/s/                                                                                               /s/

RACHEL KORENBLAT                                                JARED L. GRIMMER
Assistant Federal Public Defender                          Assistant United States Attorney
Counsel for Defendant Marquez

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:16-mj-00043-NJK |
| Plaintiff, ) | |
| ) | |
| vs. ) | **FINDINGS OF FACT AND ORDER** |
| ) | |
| ISAAC D. MARQUEZ, ) | |
| ) | |
| Defendant. ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is in custody, but does not object to the continuance.

2. Denial of this request for continuance could result in a miscarriage of justice.

3. The additional time requested herein is not sought for purposes of delay, but to allow for the case be resolved via a pre-indictment plea.

4. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

5. This is the second request for a continuance of the preliminary hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result

3

in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, and possibly resolve the case prior to the preliminary hearing or an indictment, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendant's consent, pursuant to Federal Rules of Procedure 5.1(d).

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for March 8, 2016, at the hour of 4:00 pm, be vacated and continued to April 12, 2016, at 4:00 p.m., in Courtroom 3B.

DATED <u>1st</u> day of March, 2016.

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE